IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH F. WALKER, | : | |
| Petitioner, | : | |
| | : | 1:17-cv-0691 |
| v. | : | |
| | : | Hon. John E. Jones III |
| R.A. PERDUE, WARDEN, | : | |
| Respondent. | : | |

# **ORDER**

**December 3, 2018**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

                                          s/ John E. Jones III
                                          John E. Jones III
                                          United States District Judge